

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00502-CV

| | | |
|---|---|---|
| SHUNDA MYERS, Appellant | § | On Appeal from County Court at Law |
| | § | No. 1 |
| V. | § | of Tarrant County (2024-007420-1) |
| | § | February 6, 2025 |
| SHANE HOWELL HOWELL, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
      Justice Brian Walker